# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1437**

**KA 09-01512**

PRESENT: SMITH, J.P., FAHEY, PERADOTTO, CARNI, AND SCONIERS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                ORDER

RANDY F. WILSON, DEFENDANT-APPELLANT.

---

MICHAEL G. CONROY, TONAWANDA, FOR DEFENDANT-APPELLANT.

JON E. BUDELMANN, DISTRICT ATTORNEY, AUBURN (CHRISTOPHER T. VALDINA OF COUNSEL), FOR RESPONDENT.

---

    Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, A.J.), rendered May 26, 2009. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree, assault in the second degree (two counts) and criminal possession of a weapon in the third degree.

    It is hereby ORDERED that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737).

Entered:  December 23, 2011                    Frances E. Cafarell
                                               Clerk of the Court